UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN SKINNER,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>QUALSTAR CREDIT UNION, *et al.*,<br><br>　　　　　　　Defendants. | Case No. C23-5647RSL<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

This matter comes before the Court on defendant Qualstar Credit Union's "Unopposed Motion for Extension of Time to File an Answer" (Dkt. # 8). The Court, having reviewed the submissions of the parties and the remainder of the record, finds that defendant has demonstrated good cause for extending the deadline for filing its response. *See* Fed. R. Civ. P. 6(b)(1)(A); *see also* Dkt. # 8 at 2 (explaining that counsel for defendant was "recently retained on this matter and needs additional time to review the complaint and confer with her client and plaintiff regarding a responsive pleading and potential early resolution").

Accordingly, the Court GRANTS defendant's unopposed motion (Dkt. # 8). Defendant Qualstar Credit Union must respond to plaintiff's Complaint by Friday, September 15, 2023.

IT IS SO ORDERED.

DATED this 16th day of August, 2023.

　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE ANSWER - 1